IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARL ANGELO DEJESUS,** | : | **CIVIL NO. 3:16-cv-0202** |
| **Petitioner** | : | **(Judge Munley)** |
| v. | : | |
| **MARY SABOL,** | : | |
| **Respondent** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 17th day of February 2016, upon preliminary review of the petition for writ of habeas corpus (Doc. 1), see R. GOVERNING § 2254 CASES, it is hereby ORDERED that:

1. The motion to proceed *in forma pauperis* (Doc. 2) is GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice. See R. Governing § 2254 Cases R. 4.

3. The Clerk of Court is directed to NOTIFY the petitioner and CLOSE this case.

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

                                                  **BY THE COURT:**

                                                  **s/James M. Munley**
                                                  **JUDGE JAMES M. MUNLEY**
                                                  **United States District Court**